# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CONNIE ELIOSA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. C11-0074BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　The decision by the Administrative Law Judge is **AFFIRMED**.

Dated this 23rd day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER